MARCHESE *v.* UNITED STATES ET AL.

No. 362.   Decided June 10, 1963.

*Russell E. Parsons* and *Sol C. Berenholtz* for petitioner.

*Solicitor General Cox, Assistant Attorney General Miller* and *Philip R. Monahan* for the United States et al.

PER CURIAM.

The petition for writ of certiorari is granted, the judgment is vacated and the case is remanded to the United States District Court for the Southern District of California for reconsideration in light of *Sanders* v. *United States,* 373 U. S. 1.

MR. JUSTICE CLARK and MR. JUSTICE HARLAN would deny certiorari on the basis of their dissent in *Sanders* v. *United States,* 373 U. S., at 23.